No. 83–6138. FLASMAN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until March 26, 1984, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

Justice Brennan and Justice Stevens, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for certiorari in this case without reaching the merits of the motion to proceed *in forma pauperis*.